B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| **Northern** District of **Illinois** | |

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Kevin G. Carney | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I D. No./Complete EIN (If more than one, state all.): **xxx-xx-2666** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1072 Cypress Lane<br>Elk Grove Village, Illinois 60007 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook                                                60007 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      □ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe:<br><br>□ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☑ Individual (Includes Joint Debtor)<br>□ Corporation (Includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>□ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>□ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3 a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br><p align="center">or</p>b. □ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) -- Page 2                                    Name of Debtor_____Kevin G. Carney_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____                              x_/_____  5/15/2009
Signature of Petitioner or Representative (State title) **3-13-09**    Signature of Attorney                  Date
David Head                                                       David L. Kane/Meltzer, Purtill & Stelle LLC
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing        9N313 Muirhead Road                       Address
Address of Individual
Signing in Representative   Elgin, IL 60124                      300 South Wacker Drive, Suite 3500
Capacity                                                         Chicago, Illinois 60606

                                                                 Telephone No. (312) 987-9900

x_____                              x_____  5/15/09
Signature of Petitioner or Representative (State title)         Signature of Attorney              Date
Danny Peters                          5/13/09                   David L. Kane/Meltzer, Purtill & Stelle LLC
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing        41 West 501 Lenz Road                     Address
Address of Individual
Signing in Representative   Elgin, IL 60124                      300 South Wacker Drive, Suite 3500
Capacity                                                         Chicago, Illinois 60606

                                                                 Telephone No. (312) 987-9900

x_____                              x_____  5/15/09
Signature of Petitioner or Representative (State title)         Signature of Attorney              Date
James Peters                          5/13/09                   David L. Kane/Meltzer, Purtill & Stelle LLC
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing        41 West 501 Lenz Road                     Address
Address of Individual      Elgin, IL 60124
Signing in Representative                                        300 South Wacker Drive, Suite 3500
Capacity                                                         Chicago, Illinois 60606

                                                                 Telephone No. (312) 987-9900

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David and Barbara Head, 9N313 Muirhead Road, Elgin, IL 60124 | Fraud | $311,871.94 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Danny Peters, 41 West 501 Lenz Road, Elgin, IL 60124 | Fraud | $63,604.82 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| James and Jessie Peters, 41 West 501 Lenz Road, Elgin, IL 60124 | Fraud | $90,082.32 |

Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims **$673,638.04**

___3___ continuation sheets attached

B5 (Official Form  5) (12/07)                                                    Name of Debtor_____Kevin G. Carney_____

                                                                                 Case No._____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _David D. Haish_ | x _[signature]_                              5/15/2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| David Haish                              5-14-09 | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      353 Plymouth Court | Address |
| Address of Individual   Sycamore, IL  60178 | |
| Signing in Representative | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Kevin Bordner | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      40 w 568 Homestead Drive | Address |
| Address of Individual   Hampshire, IL 60140 | |
| Signing in Representative | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Bonnie Nagel | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      PO Box 371 | Address |
| Address of Individual   303 Warner Street | |
| Signing in Representative   Hampshire, IL 60140 | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| David Haish, 353 Plymouth Court, Sycamore, IL  60178 | Fraud | $1,876.21 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kevin Bordner, 40 w 568 Homestead Drive, Hampshire, IL 60140 | Fraud | $18,573.60 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Bonnie Nagel, PO Box 371, 303 Warner Street, Hampshire, IL 60140 | Fraud | $11,359.35 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $673,638.04 |

_____continuation sheets attached

Continuation Sheet 1

B5 (Official Form 5) (12/07)                                    Name of Debtor_____Kevin G. Carney____

                                                               Case No._____

---

**TRANSFER OF CLAIM**

Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ | x_/_____ 5/___/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| David Haish | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing  353 Plymouth Court | |
| Address of Individual  Sycamore, IL 60178 | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |
| x_Kevin Bord_____ | x_____ 5/15/09 |
| Signature of Petitioner or Representative (State title) 5-14-09 | Signature of Attorney        Date |
| Kevin Bordner | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing  40 w 568 Homestead Drive | |
| Address of Individual  Hampshire, IL 60140 | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| Bonnie Nagel | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing  PO Box 371 | |
| Address of Individual  303 Warner Street | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative  Hampshire, IL 60140 | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David Haish, 353 Plymouth Court, Sycamore, IL 60178 | Fraud | $1,876.21 |
| Kevin Bordner, 40 w 568 Homestead Drive, Hampshire, IL 60140 | Fraud | $18,573.60 |
| Bonnie Nagel, PO Box 371, 303 Warner Street, Hampshire, IL 60140 | Fraud | $11,359.35 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $673,638.04 |

___ continuation sheets attached

Continuation Sheet 1

Kevin Bordner
40 W 568 Homestead Dr
Hampshire, IL 60140

B5 (Official Form 5) (12/07)                                    Name of Debtor_____Kevin G. Carney_____

                                                               Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>David Haish_____<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing          353 Plymouth Court<br>Address of Individual   Sycamore, IL  60178<br>Signing in Representative<br>Capacity | x /_____   5/__/2009<br>Signature of Attorney                    Date<br>_____David L. Kane/Meltzer, Purtill & Stelle LLC____<br>Name of Attorney Firm (If any)<br>Address<br><br>300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Kevin Bordner_____<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing          40 w 568 Homestead Drive<br>Address of Individual   Hampshire, IL 60140<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney                    Date<br>_____David L. Kane/Meltzer, Purtill & Stelle LLC____<br>Name of Attorney Firm (If any)<br>Address<br><br>300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |
| x  _Bonnie Nagel_  _____<br>Signature of Petitioner or Representative (State title)<br>Bonnie Nagel                     3/14/09<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing          PO Box 371<br>Address of Individual   303 Warner Street<br>Signing in Representative  Hampshire, IL 60140<br>Capacity | x  _D. K._  _____  5/15/09<br>Signature of Attorney                    Date<br>_____David L. Kane/Meltzer, Purtill & Stelle LLC____<br>Name of Attorney Firm (If any)<br>Address<br><br>·300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>David Haish, 353 Plymouth Court, Sycamore, IL  60178 | Nature of Claim<br>Fraud | Amount of Claim<br>$1,876.21 |
| Name and Address of Petitioner<br>Kevin Bordner, 40 w 568 Homestead Drive, Hampshire, IL 60140 | Nature of Claim<br>Fraud | Amount of Claim<br>$18,573.60 |
| Name and Address of Petitioner<br>Bonnie Nagel, PO Box 371, 303 Warner Street, Hampshire, IL 60140 | Nature of Claim<br>Fraud | Amount of Claim<br>$11,359.35 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims $673,638.04 |

_____continuation sheets attached

Continuation Sheet 1

B5 (Official Form 5) (12/07)                                    Name of Debtor_____Kevin G. Carney_____

                                                               Case No._____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x _Lyle Peters_ 5-14-09 | x / _D.K._ 5/5/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Lyle Peters | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing      417 Stetzer Street | |
| Address of Individual  Elburn, IL  60119 | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Lori Kossman | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing      417 Stetzer Street | |
| Address of Individual  Elburn, IL  60119 | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Clint Phillips | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing      608 Maple Avenue | |
| Address of Individual  Elburn, IL  60119 | 300 South Wacker Drive, Suite 3500 |
| Signing in Representative | Chicago, Illinois 60606 |
| Capacity | |
| | Telephone No. (312) 987-9900 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lyle Peters, 417 Stetzer Street, Elburn, IL  60119 | Fraud | $104,035.77 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lori Kossman, 417 Stetzer Street, Elburn, IL  60119 | Fraud | 25,328.82 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Clint and Michelle Phillips, 608 Maple Avenue, Elburn, IL  60119 | Fraud | 9,381.04 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $673,638.04 |

_____ continuation sheets attached

Continuation Sheet 2

B5 (Official Form  5) (12/07)                                    Name of Debtor_____Kevin G. Carney_____

                                                                Case No._____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Lyle Peters<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        417 Stetzer Street<br>Address of Individual    Elburn, IL  60119<br>Signing in Representative<br>Capacity | x_/_____    5/  /2009<br>Signature of Attorney                Date<br>      David L. Kane/Meltzer, Purtill & Stelle LLC<br>Name of Attorney Firm (If any)<br>Address<br><br>300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |
| x_____Lori Kossman_____<br>Signature of Petitioner or Representative (State title)<br>Lori Kossman        3/14/09<br>Name of Petitioner          Date Signed<br><br>Name & Mailing        417 Stetzer Street<br>Address of Individual    Elburn, IL  60119<br>Signing in Representative<br>Capacity | x_____    5/15/09<br>Signature of Attorney                Date<br>      David L. Kane/Meltzer, Purtill & Stelle LLC<br>Name of Attorney Firm (If any)<br>Address<br><br>300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Clint Phillips<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        608 Maple Avenue<br>Address of Individual    Elburn, IL  60119<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney                Date<br>      David L. Kane/Meltzer, Purtill & Stelle LLC<br>Name of Attorney Firm (If any)<br>Address<br><br>300 South Wacker Drive, Suite 3500<br>Chicago, Illinois 60606<br><br>Telephone No. (312) 987-9900 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Lyle Peters, 417 Stetzer Street, Elburn, IL  60119 | Nature of Claim<br>Fraud | Amount of Claim<br>$104,035.77 |
| Name and Address of Petitioner<br>Lori Kossman, 417 Stetzer Street, Elburn, IL  60119 | Nature of Claim<br>Fraud | Amount of Claim<br>25,328.82 |
| Name and Address of Petitioner<br>Clint and Michelle Phillips, 608 Maple Avenue, Elburn, IL  60119 | Nature of Claim<br>Fraud | Amount of Claim<br>9,381.04 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $673,638.04 |

_____ continuation sheets attached

Continuation Sheet 2

B5 (Official Form 5) (12/07)                    Name of Debtor_____Kevin G. Carney____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x /_____ 5/__/2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Lyle Peters | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner             Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      417 Stetzer Street | Address |
| Address of Individual   Elburn, IL  60119 | |
| Signing in Representative | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Lori Kossman | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner             Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      417 Stetzer Street | Address |
| Address of Individual   Elburn, IL  60119 | |
| Signing in Representative | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |

| x _Clint Phillips_  5-14-09 | x _____  5/15/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Clint Phillips | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner             Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      608 Maple Avenue | Address |
| Address of Individual   Elburn, IL  60119 | |
| Signing in Representative | 300 South Wacker Drive, Suite 3500 |
| Capacity | Chicago, Illinois 60606 |
| | Telephone No. (312) 987-9900 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lyle Peters, 417 Stetzer Street, Elburn, IL  60119 | Fraud | $104,035.77 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lori Kossman, 417 Stetzer Street, Elburn, IL  60119 | Fraud | 25,328.82 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Clint and Michelle Phillips, 608 Maple Avenue, Elburn, IL  60119 | Fraud | 9,381.04 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  $673,638.04 |

_____ continuation sheets attached

Continuation Sheet 2

B5 (Official Form 5) (12/07)

Name of Debtor ___Kevin G. Carney___

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _~signature~_ | x _~signature~_      5/15/2009 |
| Signature of Petitioner or Representative (State title)  5/14/09 | Signature of Attorney      Date |
| Martin Richied | David L. Kane/Meltzer, Purtill & Stelle LLC |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    **1910 Parkside Drive Sycamore, IL 60178** | Address 300 South Wacker Drive, Suite 3500 Chicago, Illinois 60606 Telephone No. (312) 987-9900 |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address      Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address      Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Martin and Sara Richied, 1910 Parkside Drive, Sycamore, IL 60178 | Fraud | $37,524.17 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $673,638.04 |

_____ continuation sheets attached

Continuation Sheet 3