UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| KEVIN G CARNEY | ) | |
| | ) | Bankruptcy No. 09-18053-PSH |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 25, 2017, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by the methods indicated therein.

Date: October 25, 2017

_/s/ Rachel A. Leibowitz_
Paralegal

Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## SERVICE LIST

*PARTIES SERVED VIA ELECTRONIC NOTICE THROUGH CM/ECF:*

Abraham Brustein, ESQ   abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
Stewart A Chapman   northerndistrict@atty-pierce.com
William D Cherny   bill@chernylaw.com, r42907@notify.bestcase.com
Michael P Connelly   mconnelly@crmlaw.com
Daniel P. Dawson   ddawson@nisen.com, adrag@nisen.com
Kathleen M DiCola   kmdicola@gmail.com
Riccardo A. DiMonte   rdimonte@dimonteandlizak.com
Bruce C. Dopke   bdopke@stahlcowen.com, bruce@dopkelaw.com
David A Eide   deide@ke-llp.com
Marc Ira Fenton   mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
Gary N Foley   garyfoley@hotmail.com
Joel P Fonferko   ND-One@il.cslegal.com
Bradley H Foreman   Brad@BradleyForeman.com
Laura Dolores Frye   lauradfrye@att.net
John E Gierum   john@gierummantas.com, karen@gierummantas.com
Daniel L Giudice   giudicelaw@gmail.com, giudice1413@gmail.com
Daniel T. Graham   dgraham@clarkhill.com, rbauer@clarkhill.com,jsommers@clarkhill.com
Richard D. Grossman   rgat135@gmail.com, bfahy2001@yahoo.com;rgat135@aol.com
Derrick B Hager   dirkhager@sbcglobal.net
Blake T Hannafan   bth@hannafanlaw.com
Jeffrey S Harris   chicagolawyer@aol.com,
Jeff@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com
David L Kane   dkane@mpslaw.com, crampich@mpslaw.com
Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
Eric J Malnar   eric.malnar@qpwblaw.com
Edward S. Margolis   emargolis@tellerlevit.com
Ronald Peterson   rpeterson@jenner.com, lraiford@jenner.com
Landon S Raiford   lraiford@jenner.com, mmatlock@jenner.com;JSteffen@jenner.com
N. Neville Reid   nreid@foxswibel.com, bkdocket@fslc.com,kmcfarland@fslc.com
Megan S Roche   mroche@jjroche.net
Mark D. Roth   markdroth@gmail.com
Derek D Samz   dsamz@dimontelaw.com, mrussell@dimontelaw.com
Heidi I Schmid   hschmid@cm-chi.com
Ryan T Schultz   rschultz@foxswibel.com, bkdocket@fslc.com
Jordan D Shea   jds@willmont.com
James Stevens   jstevens@chuhak.com,

pgilliand@chuhak.com;lgreever@chuhak.com;dzonca@chuhak.com
Peter M Tumminaro    pmtlawltd@aol.com
James H Whalen    jhw@lipelyons.com, donna@lipelyons.com
Barbara L Yong    blyong@golanchristie.com,
mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law

*PARTIES SERVED VIA FIRST CLASS, POSTAGE PREPAID, U.S. MAIL:*

Todd Schaner
c/o Gust Atsalis
345 E. Ohio St., #4110
Chicago, IL 60611

Robert and Brenda Case
N1599 Hillside Rd.
Lake Geneva, IL 53147

Debbie Gutzman
c/o Mary Parent
5517 W. Shore Dr.
McHenry, IL 60050

Mary Parent
5517 W. Shore Dr.
McHenry, IL 60050

Mark Dziuban
115 Grant Ave.
Geneva, IL 60134

Michael Parrent
330 Ashland Avenue
Highwood, IL 60040

Nicole Phillips
575 W. Elk Grove Blvd.
Elk Grove Village, IL 60007-4261

David and Barbi Head
c/o David L. Kane, Esq.
Meltzer, Purtill & Stolle LLC
300 South Wacker Drive, Suite 3500
Chicago, IL 60606

Vince Ventrella
P.O. Box 180034
Chicago, IL 60618-0516

Jon Doles
8524 W. Agatite Ave.
Chicago, IL 60656

Label Matrix for local noticing
0752-1
Case 09-18053
Northern District of Illinois
Chicago
Fri Oct 20 13:41:01 CDT 2017

AAOC Surgery Center Anesthesia
409 W Huron St Ste 301
Chicago, IL 60654-3431

Adams, Tim
428 Massachusetts Ave.
Naperville, IL 60565-3114

Agre, Stan
407 W. Hackberry Drive
Arlington, Heights, IL 60004-1938

Akin, Becky and Chris
5841 Red Fox Drive
Marion, IN 46952-9059

Allegria, Marjorie
3853 Constitution
Carmel, IN 46032-9353

Anne Calcagno
5956 N. Kilpatrick Ave.
Chicago, IL 60646-5836

Anthony Lupescu
1503 Spyglass Circle
Palos Heights IL 60463-3105

Atsalis, Anna
c/o Gust Atsalis
345 E Ohio #4110
Chicago, IL 60611

Atsalis, Mary
c/o Gust Atsalis
345 E Ohio #4110
Chicago, IL 60611

Bachmeier, Agathe
1150 Howard Avenue
Des Plaines, IL 60018-2734

Barbi and David Head
3689 Peregrine Way
Elgin, IL 60124

Bertilie Roth
65 Braemer Dr
Elk Grove Village, IL 60007-3915

Bianca Rodriguez
1503 Spyglass Circle
Palos Heights, IL 60463-3105

Bloomquist, Eric and Kim
990 Elmwood Lane
Elk Grove Village, IL 60007-4553

Bob and Jan Green
P.O. Box 478
Caseyville, IL 62232-0478

Bola, Alexander and Karyn
340 David Lane
Roselle, IL 60172-4943

Burel, Mark and Cindy
5313 Pueblo Ct
Carmel, IN 46033

Burke, Rita
Emery, Robert
83 Woodhills Bay Rd
Fox Lake, IL 60020-1564

Cacioppo, Leo
9963 Schiller Blvd.
Franklin Park, IL 60131-2554

Chicago Captioning Co.
P.O. Box 65
Streamwood, IL 60107-0065

Chicago Global Ltd
Thibeault, Robert & Paula
155 N Harbor Drive #2812
Chicago, IL 60601-5010

Christopher and Paula Moerschel
c/o Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL 60601-1936

Christy, Mike
3024 Fountain Way
Shakopee, MN 55379-5424

Clark, Phillip A
26070 W Lakeview Ave
Ingleside, IL 60041-9655

Conrow, Rich
8522 E Remuda Drive
Scottsdale, AZ 85255-1487

Corcoran, Daniel and Stacey
1323 S. Mitchell Avenue
Arlington Heights, IL 60005-3610

Daniel J & Linda M Jablenski
481 Harvey
Des Plaines, IL 60016-3011

Daniel Peters
41W501 Lenz Rd.
Elgin, IL 60124-8614

(c)DANIEL AND CAROL JAMES
603 NE CREEK AVE
MCALESTER OK 74501-2787

David and Linda Doti
1741 St Ann Drive
Hanover Park, IL 60133

Dawn Losik
2262 Deerpath Dr
Elgin, IL 60123-8874

Debra Hines
7136 E. Fox Hollow Rd.
Clinton, WI 53525-9277

Deleon, Byron and Sonya
2055 Spruce Avenue
Des Plaines, IL 60193

Deleon, Efrain and Maria
2055 Spruce Avenue
Des Plaines, IL 60018-2938

Dept of the Treasury
Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

Doles, Jon
1547 N. 23rd Avenue
Melrose Park, IL 60160-1805

Ducy, Alan and Robin
7103 Johnsburg Road
Spring Grove, IL 60081-9365

Dumelle, John and Eva
1920 Division Street
St. Charles, IL 60174-4607

Edward and Gina Jablenski
1031 Walter Ave.
Des Plaines, IL 60016-3332

Eleanore Couleur
Thibeault, Robert and Paula
155 N. Harbor Drive, #2812
Chicago, IL 60601

Elizabeth Clark
3521 W. Tedford Dr.
Peoria, IL 61614-1032

Evans, Phyllis
1511 Riverview Avenue
Des Plaines, IL 60018-2220

French, Donna and Keith
1023 N. Spring Street
Elgin, IL 60120-2161

Gale, Raymond
8200 W. Giddings Street
Norridge, IL 60706-4322

Gary Wettour
562 S Grace St
Lombard, IL 60148-2801

Heather Hanley
3 Grandview Ct.
Algonquin, IL 60102

Hornberger Sr., Frederick
62 Flamingo Street
New Orleans, LA 70124-4315

Jablenski, Austin
1031 Walter Avenue
Des Plaines, IL 60016-3332

James and Cathy Hagstrom
755 Jariath Ave.
Des Plaines, IL 60018-2635

Jimmie Fitzhugh
745A W. Streamwood Blvd
Streamwood, IL 60107-2323

Jimmy Forrest
5222 S NC Hwy 150
Lexington, NC 27295-5208

John Giewont
785 Quincy Dr.
Roselle, IL 60172-1866

Joseph & Jean McCarthy
1614 Charles Drive
Glendale Heights, IL 60139-2514

KB Specialty Metals
c/o Kevin Bordner
40W568 Homestead Drive
Hampshire, IL 60140-6300

Kenneth Butz
2844 Chatelle Dr.
Round Rock, TX 78681-2237

Kerr, Karen
200 W. Campbell Street, #307
Arlington Heights, IL 60005-1498

Kiebala, Richard
4960 N. Menard Avenue
Chicago, IL 60630-2038

Kohl, Richard and Iris
2020 Old Church Road
Aurora, IL 60505-7786

| | | |
|---|---|---|
| Koscieiniak, Anna F<br>375 W. Devon Avenue<br>Roselle, IL 60172 | Koscieiniak, Paul M<br>375 W. Devon Avenue<br>Roselle, IL 60172 | Kossman, Lori<br>417 Stetzer Street<br>Elburn, IL 60119-8330 |
| Kotlarz, Paul<br>2312 Glenmoor Drive<br>West Dundee, IL 60118-3325 | Kotlarz, Ronald<br>1290 Larchmont Drive<br>Elk Grove Village, IL 60007-4652 | Kryken International<br>c/o Ryan Schultz<br>Fox, Hefter, Swibel, Levin and Carroll,<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606-3417 |
| Ladisa, Michael<br>Christie Mann<br>845 S. LaGrange Road<br>LaGrange, IL 60525-2935 | Larry Cravens<br>P.O. Box 1150<br>Krebs, OK 74554-1150 | Lemcke, Jeanette<br>7186 Verdi Lane<br>Mechanicsville, VA 23116-6580 |
| Lena Cinfio<br>5529 N Washington<br>Chicago, IL 60656-1500 | Lynch, Michael & Francesca<br>8310 W. Catherine Avenue<br>Chicago, IL 60656-1434 | Marchiorello, Anthony<br>21 N. Michigan Avenue<br>Villa Park, IL 60181-2332 |
| Marchiorello, Leo and DeeAnn<br>21 N. Michigan Avenue<br>Villa Park, IL 60181-2332 | Marcus, Robbie<br>1554 Candlewood Drive<br>Crystal Lake, IL 60014-8967 | Mark Dziuban<br>965 N. 2nd Ave.<br>St. Charles, IL 60174 |
| Martin, Wayne and Monika<br>1045 Knollwood Lane<br>West Chicago, IL 60185-5016 | Mary E Parent<br>P O Box 5103<br>Vernon Hills, Il 60061-5103 | Mathey, James<br>4404 McCauley Road<br>Woodstock, IL 60098-9664 |
| Micheal and Julia Fox<br>665 Stanford Circle<br>Elk Groove Village, IL 60007-3338 | Mike H & Mildred I Griffith<br>1335 Everett Ave<br>Des Plaines, IL 60018-2305 | Miller, Gary and Lori<br>74 Watergate Drive<br>South Barrington, IL 60010-7127 |
| Miller, James<br>822 Reba Place, Apt. 1N<br>Evanston, IL 60202-2692 | Mitchell G Case<br>13015 Audelia Apt 9227<br>Dallas, TX 75243-3120 | Mohr, Dodd and Lora<br>406 E. Russell Street<br>Barrington, IL 60010-4555 |
| Munden, Ladonna<br>5807 W. Cornelia Avenue<br>Chicago, IL 60634-4350 | Munden, Marla<br>5807 W. Cornelia Avenue<br>Chicago, IL 60634-4350 | Nagel, Bonnie<br>Nagel, Samantha<br>303 Warner, PO Box 371<br>Hampshire, IL 60140-0371 |
| Native Winds<br>c/o Ryan Schultz<br>Fox, Hefter, Swibel, Levin and Carroll,<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606-3417 | Neighbors In Action Political Party of Stone<br>P.O. Box 2173<br>Northlake, IL 60164-0173 | O'Donnell, Thomas M<br>Daniel T Graham<br>Funkhouser Vegosen Liebman & Dunn<br>55 W Monroe Street Ste 2300<br>Chicago, IL 60602 |

Parrent, Jason
347 Inner Circle Drive
Bolingbrook, IL 60490-5429

Parrent, Keith and Nancy
2030 Keim Drive
Naperville, IL 60565

Parrent, Michael
225 Bloom Street
Highland Park, IL 60035-1442

Parrent, Nancy
2030 Keim Drive
Naperville, IL 60565

Patrick Casey
6815 W Irving Park Road
Chicago, IL 60634-2305

Patrick Thomas &
Sue Anne Casey
1211 N High Street
Paris, IL 61944-5700

Paul and Valerie Johnson
1119 Redman Ln
Duncanville, TX 75137-2035

Peters, James and Jesse
41 W 501 Lenz Road
Elgin, IL 60124-8614

Peters, Lyle
417 Stetzer Street
Elburn, IL 60119-8330

Pharr, Jean
14 Glenbrook Drive
Prospect Heights, IL 60070-1060

Phillips, Nicole
1224 Cypress Lane
Elk Grove Village, IL 60007-4012

Piekarz, Richard and Wendy
1436 Cheriton Circle
Garyslake, IL 60030

Pieniazek, Dennis and Rosemary
5111 N. Merrimac
Chicago, IL 60630-1834

Pond, William and Karen
516 Newberry Drive
Streamwood, IL 60107-2032

Prechodko, Otto
525 Hillcrest Drive
Schaumburg, IL 60193-4833

Prechodko, Ross
525 Hillcrest Drive
Schaumburg, IL 60193-4833

Prestia, Camille and Michael
758 Indiana Lane
Elk Grove Village, IL 60007-3005

Ramirez, Salvador & Aurora
2468 Hillsboro Lane
Montgomery, IL 60538

Reitenbach, Jim
1709 Devonshire Lane
Shorewood, IL 60404-8178

Retzer, David and Lorri
410 Newberry Drive
Elk Grove Village, IL 60007-2778

Richied, Martin and Sarah
1910 Parkside Drive
Sycamore, IL 60178-3315

Rick and Valerie Ellis
1787 Barnett Ln
Barlett, IL 60103-2318

Rigney, Stephen and Catherine
4518 North Mobile
Chicago, IL 60630-3022

Riscossa, Paul and Susan
249 Pheasant Lane
Bloomingdale, IL 60108-1335

Robers, Joan
4510 SW 1st Avenue
Cape Coral, FL 33914-8340

Roelofs, Karl and Vicki
2015 Heather Glen Road
Charlotteville, VA 22911-7589

Rosin, James R & Melody A
5927 Cleveland St
Morton Grove, IL 60053

Roth, Kathleen
700 Willington Avenue, #517
Elk Grove Village, IL 60007-7333

Saintdenis, Mike and Donna
403 S. Emerson Street
Mt. Prospect, IL 60056-3833

Sally and Walt Buss
5506 Ayshire Drive
Dublin, OH 43017-9428

Schiller, Heidi and John
20 Rammer Avenue
Arlington Heights, L 60004-6630

Schiller, Russell and Diane
845 Park Ln
Hoffman Estates, IL 60194

Sealing, Terry
1210 Edgewood Avenue
Lascruces, NM 88005-1128

Senise-Brown, Elizabeth
250 N. Ridgemoor Avenue
Mundelein, IL 60060-2046

Sgarlata, Susan
50 Rosewood Drive
Roselle, IL 60172-1937

Shiffer, Carol
9112 S. 55th Avenue
Oak Lawn, IL 60453-1610

Sikorski, Susan
1311 S. Finley Road, #203
Lombard, IL 60148-4351

Skinner, Ron
8723 E. 400 S.
Marion, IN 46953-9532

Sposato, Camille
758 Indiana Lane
Elk Grove Village, IL 60007-3005

Stannius, Teresa and Alexander
390 Ambleside Drive
Roselle, IL 60172-1422

Stenglein, Barbara
1127 Heartland Gate
Lake In The Hills, IL 60156-4943

Swanson, Tina and Jeffrey
8667 Havens Drive
Darien, IL 60561-1675

Thibeault, Robert and Paula
155 N. Harbor Drive, #2812
Chicago, IL 60601-5010

Thomas and Marlene Doles
8111 W. Berwyn Ave.
Chicago, IL 60656-1522

Thomas and Melissa Kaufman
3506 Ridge Rd.
Spring Grove, IL 60081-9387

Tina Diane Nordgren
150 Dorset St Ste 245183
S Burlington, VT 05403-6256

Tinney, Christine
13575 Yellow Pine Drive
Huntley, IL 60142-6361

Tom Ellen
615 65th St.
Willowbrook, IL 60527-1881

Tomasek, Todd and Susan
143 Euclid
Bloomingdale, IL 60108-1629

Tomasheski, Frank
2270 Deerpath Drive
Elgin, IL 60123-8874

Tomasheski, Jeffrey and Gina
2270 Deerpath Drive
Elgin, IL 60123-8874

Trimble, Loren and Anne
414 Buttercup Lane
Schaumburg, IL 60173-2001

Unger, Peter and Sharon
c/o William D Cherry
111 E Jefferson Ave
Naperville, IL 60640

Valent, Rick and Penny
356 W. Wood Street #32
Palatine, IL 60067-7827

Valerie Holder
345 W. Bristol Court
Bloomingdale, IL 60108-2521

Vangaston, Robert
94 E. Foxhill Drive
Buffalo Grove, IL 60089-1502

Vanzuidam, Deborah and Cynthia Craft
45 Lakewood Circle
St. Charles, IL 60174-5551

Ventrella, Anthony
1412 Somerset Court
Mundelein, IL 60060-5367

Ventrella, Vince
414 W. Hackberry Drive
Arlington Heights, IL 60004-1939

Wettour, Jim
35 W. 369 Forest Drive
W. Dundee, IL 60118-9273

Wettour, Richard and Martha
35 W. 369 Forest Drive
W. Dundee, IL 60118-9273

William & Lynn Cermak
546B Portsmith Court
Crystal Lake IL 60014-2727

Winter, Doreen and Lary
309 Brittany Court
Granville, OH 43023-8009

Zientko, John and Nancy
1313 Shetland Drive
Mundelein, IL 60060-1069

Zylman, Erik and Charlotte
533 Jackson Boulevard
Grayslake, IL 60030-2771

Daniel and Carol James
5011 N.E. Creek Avenue
McAlester, OK 74501-7961

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-18053 |
| | § | |
| KEVIN G CARNEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/16/2017, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/25/2017           By:   /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                         §    Case No. 09-18053
                               §
KEVIN G CARNEY                 §
                               §
                               §
                               §
            Debtor(s)          §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                                   $1,552,592.24
*and approved disbursements of*                                          $310,838.79
*leaving a balance on hand of*[1]:                                     $1,241,753.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:                          $1,241,753.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $69,827.77 | $0.00 | $69,827.77 |
| David P. Leibowitz, Trustee Expenses | $303.01 | $0.00 | $303.01 |
| Lakelaw, Attorney for Trustee Fees | $76,240.00 | $54,795.00 | $21,445.00 |
| Lakelaw, Attorney for Trustee Expenses | $1,475.45 | $1,165.80 | $309.65 |
| Michael D. Pakter, Accountant for Trustee Fees | $113,580.00 | $113,580.00 | $0.00 |
| ALAN LASKO, Accountant for Trustee Expenses | $1.25 | $0.00 | $1.25 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |
| Other: Law Offices of Nisen & Elliot, LLC, Special Counsel for Trustee Fees | $25,452.61 | $25,452.61 | $0.00 |
| Other: RONALD PETERSON, Special Counsel | $399,112.50 | $0.00 | $399,112.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| for Trustee Fees | | | |
| Other: Law Offices of Nisen & Elliot, LLC, Special Counsel for Trustee Expenses | $730.00 | $730.00 | $0.00 |
| Other: RONALD PETERSON, Special Counsel for Trustee Expenses | $45,338.21 | $0.00 | $45,338.21 |
| Other: ALAN LASKO, Accountant for Trustee Fees | $1,691.50 | $0.00 | $1,691.50 |

Total to be paid for chapter 7 administrative expenses:     $538,278.89
Remaining balance:     $703,474.56

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $703,474.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,289.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Dept of the Treasury | $8,289.25 | $0.00 | $8,289.25 |

Total to be paid to priority claims:     $8,289.25
Remaining balance:     $695,185.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,097,127.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| No. |  | of Claim | Payments to Date | Amount |
|---|---|---|---|---|
| 1 | Robert and Brenda Case | $28,320.63 | $0.00 | $3,236.18 |
| 2 | Barbi and David Head | $315,003.02 | $0.00 | $35,995.08 |
| 3 | Mitchell G Case | $14,217.80 | $0.00 | $1,624.65 |
| 4 | Joseph & Jean McCarthy | $47,139.83 | $0.00 | $5,386.62 |
| 5 | Sally and Walt Buss | $4,800.00 | $0.00 | $548.49 |
| 7 | Agre, Stan | $13,365.28 | $0.00 | $0.00 |
| 8 | Robers, Joan | $1,500.00 | $0.00 | $171.40 |
| 9 | Debra Hines | $9,475.20 | $0.00 | $1,082.72 |
| 10 | Paul and Valerie Johnson | $1,000.00 | $0.00 | $114.27 |
| 12 | Ducy, Alan and Robin | $9,000.00 | $0.00 | $1,028.42 |
| 13 | Kossman, Lori | $23,483.82 | $0.00 | $2,683.47 |
| 14 | Nagel, Bonnie | $12,039.65 | $0.00 | $1,375.76 |
| 15 | Patrick Casey | $1,189,000.00 | $0.00 | $135,865.81 |
| 16 | Peters, Lyle | $94,974.98 | $0.00 | $10,852.69 |
| 17 | Peters, James and Jesse | $91,024.54 | $0.00 | $10,401.28 |
| 18 | Daniel Peters | $38,375.55 | $0.00 | $4,385.13 |
| 20 | Saintdenis, Mike and Donna | $11,544.00 | $0.00 | $1,319.12 |
| 21 | Miller, Gary and Lori | $21,792.95 | $0.00 | $2,490.26 |
| 22 | Koscielniak, Anna F | $47,507.19 | $0.00 | $5,428.60 |
| 23 | John Giewont | $3,791.08 | $0.00 | $433.20 |
| 24 | Koscielniak, Paul M | $15,207.19 | $0.00 | $1,737.71 |
| 25 | Senise-Brown, Elizabeth | $20,845.43 | $0.00 | $2,381.99 |
| 26 | Jimmie Fitzhugh | $14,212.80 | $0.00 | $1,624.08 |
| 27 | Larry Cravens | $9,475.20 | $0.00 | $1,082.72 |
| 28 | Kerr, Karen | $5,400.86 | $0.00 | $617.15 |
| 31 | Mark Dziuban | $40,269.59 | $0.00 | $4,601.56 |
| 32 | Skinner, Ron | $9,475.00 | $0.00 | $1,082.70 |
| 33 | Elizabeth Clark | $23,687.99 | $0.00 | $2,706.80 |
| 34 | Anne Calcagno | $9,475.20 | $0.00 | $1,082.72 |
| 36 | Lemcke, Jeanette | $23,687.99 | $0.00 | $2,706.80 |
| 37 | Retzer, David and Lorri | $74,900.00 | $0.00 | $8,558.75 |
| 39 | Akin, Becky and Chris | $99,489.57 | $0.00 | $11,368.57 |
| 41 | Marchiorello, Leo and DeeAnn | $7,438.03 | $0.00 | $849.94 |
| 44 | Sikorski, Susan | $25,109.27 | $0.00 | $2,869.21 |
| 45 | Daniel and Carol James | $22,375.98 | $0.00 | $2,556.88 |

UST Form 101-7-NFR (10/1/2010)

| 46 | Robert Emery | $2,000.00 | $0.00 | $228.54 |
|---|---|---|---|---|
| 47 | Burke, Rita | $14,107.84 | $0.00 | $1,612.09 |
| 48 | Kohl, Richard and Iris | $1,895.04 | $0.00 | $216.54 |
| 49 | Shiffer, Carol | $1,231.78 | $0.00 | $140.75 |
| 50 | Christy, Mike | $47,375.99 | $0.00 | $5,413.61 |
| 51 | Roelofs, Karl and Vicki | $25,774.54 | $0.00 | $2,945.23 |
| 52 | Mathey, James | $18,002.87 | $0.00 | $2,057.17 |
| 53 | Pond, William and Karen | $17,102.73 | $0.00 | $1,954.31 |
| 54 | Rick and Valerie Ellis | $35,687.99 | $0.00 | $4,078.03 |
| 55 | Trimble, Loren and Anne | $104,227.00 | $0.00 | $11,909.91 |
| 57 | Stenglein, Barbara | $947.52 | $0.00 | $108.27 |
| 58 | Chicago Captioning Co. | $7,000.00 | $0.00 | $799.88 |
| 59 | Clark, Phillip A | $4,000.00 | $0.00 | $457.08 |
| 61 | Bob and Jan Green | $27,494.79 | $0.00 | $3,141.80 |
| 62 | Heather Hanley | $5,000.00 | $0.00 | $571.34 |
| 63 | Zylman, Erik and Charlotte | $19,950.39 | $0.00 | $2,279.71 |
| 64 | Marchiorello, Anthony | $947.52 | $0.00 | $108.27 |
| 66 | Richied, Martin and Sarah | $37,900.79 | $0.00 | $4,330.88 |
| 67 | Thomas and Melissa Kaufman | $5,632.64 | $0.00 | $643.64 |
| 68 | Eleanore Couleur | $6,500.34 | $0.00 | $742.79 |
| 69 | Thibeault, Robert and Paula | $75,687.84 | $0.00 | $8,648.77 |
| 70 | Chicago Global Ltd | $4,250.00 | $0.00 | $485.64 |
| 71 | Marcus, Robbie | $12,317.76 | $0.00 | $1,407.54 |
| 75 | Dumelle, John and Eva | $223,664.87 | $0.00 | $25,557.95 |
| 76 | Pieniazek, Dennis and Rosemary | $4,737.60 | $0.00 | $541.36 |
| 77 | Roth, Kathleen | $8,800.00 | $0.00 | $1,005.57 |
| 78 | Corcoran, Daniel and Stacey | $45,480.95 | $0.00 | $5,197.06 |
| 79 | Thomas and Marlene Doles | $4,738.60 | $0.00 | $541.47 |
| 80 | Riscossa, Paul and Susan | $25,583.03 | $0.00 | $2,923.35 |
| 81 | Valerie Holder | $14,300.00 | $0.00 | $1,634.05 |
| 82 | Vangaston, Robert | $12,350.00 | $0.00 | $1,411.22 |
| 83 | Reitenbach, Jim | $28,425.59 | $0.00 | $3,248.16 |
| 84 | Bola, Alexander and Karyn | $70,593.06 | $0.00 | $8,066.60 |
| 85 | Rosin, James R & Melody A | $27,951.83 | $0.00 | $3,194.03 |
| 86 | Allegria, Marjorie | $5,211.36 | $0.00 | $595.50 |
| 87 | Adams, Tim | $40,000.00 | $0.00 | $4,570.76 |
| 88 | Kiebala, Richard | $25,681.00 | $0.00 | $2,934.54 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 89 | Pharr, Jean | $6,632.64 | $0.00 | $757.90 |
| 90 | KB Specialty Metals | $18,749.39 | $0.00 | $2,142.47 |
| 91 | David and Linda Doti | $8,500.00 | $0.00 | $971.29 |
| 92 | Doles, Jon | $13,687.99 | $0.00 | $1,564.11 |
| 93 | Kotlarz, Paul | $35,381.00 | $0.00 | $4,042.95 |
| 94 | Kotlarz, Ronald | $92,729.28 | $0.00 | $10,596.08 |
| 95 | Kenneth Butz | $83,381.74 | $0.00 | $9,527.95 |
| 96 | Prechodko, Otto | $11,370.24 | $0.00 | $1,299.27 |
| 97 | Prechodko, Ross | $1,895.04 | $0.00 | $216.54 |
| 100 | Atsalis, Anna | $23,687.99 | $0.00 | $2,706.80 |
| 101 | Atsalis, Mary | $16,107.84 | $0.00 | $1,840.63 |
| 102 | Swanson, Tina and Jeffrey | $60,565.46 | $0.00 | $6,920.75 |
| 103 | Winter, Doreen and Lary | $47,025.26 | $0.00 | $5,373.53 |
| 104 | Lynch, Michael & Francesca | $75,802.00 | $0.00 | $8,661.82 |
| 105 | Ramirez, Salvador & Aurora | $10,000.00 | $0.00 | $1,142.69 |
| 106 | Bianca Rodriguez | $23,924.87 | $0.00 | $2,733.87 |
| 107 | Anthony Lupescu | $56,851.18 | $0.00 | $6,496.33 |
| 108 | O'Donnell, Thomas M | $54,600.00 | $0.00 | $6,239.09 |
| 109 | Jimmy Forrest | $14,212.80 | $0.00 | $1,624.08 |
| 110 | Tomasek, Todd and Susan | $23,687.99 | $0.00 | $2,706.80 |
| 111 | Martin, Wayne and Monika | $46,375.99 | $0.00 | $5,299.34 |
| 112 | Munden, Marla | $25,220.00 | $0.00 | $2,881.86 |
| 113 | Munden, Ladonna | $45,481.00 | $0.00 | $5,197.07 |
| 114 | Valent, Rick and Penny | $14,762.00 | $0.00 | $1,686.84 |
| 115 | Lena Cinfio | $19,000.00 | $0.00 | $2,171.11 |
| 116 | Tina Diane Nordgren | $5,000.00 | $0.00 | $571.34 |
| 118 | Ladisa, Michael | $51,061.10 | $0.00 | $5,834.70 |
| 119 | Debbie Gutzman c/o Mary Parent | $12,807.26 | $0.00 | $1,463.47 |
| 120 | Mary E Parent | $16,581.60 | $0.00 | $1,894.76 |
| 121 | Prestia, Camille and Michael | $9,569.95 | $0.00 | $1,093.55 |
| 122 | Sposato, Camille | $23,687.99 | $0.00 | $2,706.80 |
| 123 | Parrent, Michael | $27,714.95 | $0.00 | $3,166.96 |
| 124 | Miller, James | $6,253.63 | $0.00 | $714.60 |
| 125 | Wettour, Jim | $18,950.39 | $0.00 | $2,165.44 |
| 126 | Wettour, Richard and Martha | $37,970.79 | $0.00 | $4,338.88 |
| 128 | Parrent, Ryan | $16,160.32 | $0.00 | $1,846.62 |
| 129 | William & Lynn Cermak | $13,000.00 | $0.00 | $1,485.50 |

**UST Form 101-7-NFR (10/1/2010)**

| 131 | Schiller, Russell and Diane | $15,212.80 | $0.00 | $1,738.35 |
| 132 | Jablenski, Austin | $1,000.00 | $0.00 | $114.27 |
| 133 | Gary Wettour | $61,588.78 | $0.00 | $7,037.69 |
| 134 | Edward and Gina Jablenski | $14,160.32 | $0.00 | $1,618.09 |
| 135 | Gale, Raymond | $5,000.00 | $0.00 | $571.34 |
| 136 | Tinney, Christine | $3,428.00 | $0.00 | $391.71 |
| 137 | Schiller, Heidi and John | $90,000.00 | $0.00 | $10,284.21 |
| 138 | Tomasheski, Frank | $2,850.00 | $0.00 | $325.67 |
| 139 | Zientko, John and Nancy | $20,135.00 | $0.00 | $2,300.81 |
| 140 | Tomasheski, Jeffrey and Gina | $24,740.47 | $0.00 | $2,827.07 |
| 141 | Ventrella, Anthony | $18,950.39 | $0.00 | $2,165.44 |
| 142 | Burel, Mark and Cindy | $47,375.99 | $0.00 | $5,413.61 |
| 143 | Blomquist, Eric and Kim | $83,500.00 | $0.00 | $9,541.46 |
| 144 | Cacioppo, Leo | $1,600.00 | $0.00 | $182.83 |
| 145 | Tom Ellen | $125,925.37 | $0.00 | $14,389.36 |
| 147 | Stannius, Teresa and Alexander | $8,053.92 | $0.00 | $920.31 |
| 148 | Neighbors In Action Political Party of Stone Park | $140,000.00 | $0.00 | $15,997.66 |
| 149 | Vanzuidam, Deborah and Cynthia Craft | $385,735.28 | $0.00 | $44,077.57 |
| 151 | Piekarz, Richard and Wendy | $7,580.16 | $0.00 | $866.18 |
| 152 | Mike H & Mildred I Griffith | $49,271.03 | $0.00 | $5,630.15 |
| 153 | Daniel J & Linda M Jablenski | $5,000.00 | $0.00 | $571.34 |
| 154 | Evans, Phyllis | $65,378.86 | $0.00 | $7,470.78 |
| 155 | Rigney, Stephen and Catherine | $9,400.00 | $0.00 | $1,074.13 |
| 160 | Parrent, Nancy | $451,893.00 | $0.00 | $51,637.35 |

Total to be paid to timely general unsecured claims: $695,185.31
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $1,964,788.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 159 | Unger, Peter and Sharon | $1,843,866.43 | $0.00 | $0.00 |
| 161 | Parrent, Jason | $2,500.00 | $0.00 | $0.00 |
| 162 | Dawn Losik | $118,422.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $642,985.39 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 19a | Dept of the Treasury | $642,985.39 | $0.00 | $0.00 |

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00

Prepared By:    /s/ David P. Leibowitz
                            Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)