**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| KEVIN G CARNEY | ) | |
| | ) | Bankruptcy No. 09-18053-PSH |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Pamela S. Hollis |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) (docket number 1607) to be served upon each person shown on the attached service list on the dates specified therein by the methods indicated.

Date: November 15, 2017      /s/ David P. Leibowitz
                                    Attorney

Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## SERVICE LIST

*PARTIES SERVED VIA FIRST CLASS, POSTAGE PREPAID, U.S. MAIL:*

Re-served on 10/31/2017:

Barbara Stenglein
2265 Palm Dr.
Colorado Springs, CO  80918-7813

Rick and Valerie Ellis
220 S. Devon Ave.
Bartlett, IL  60103-4437


Re-served on 11/1/2017:

Mark and Cindy Burel
53 Santa Lucia
Dana Point, CA  92629-4016

Bertilie Roth
720 Wellington Ave., Unit 317
Elk Grove Village, IL  60007-3344


Re-served on 11/6/2017:

David and Barbi Head
c/o David L. Kane, Esq.
Meltzer, Purtill & Stelle LLC
300 S Wacker Dr Ste 2300
Chicago, IL 60606-6701


Re-served on 11/7/2017:

BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

Re-served on 11/8/2017:

Willian & Lynn Cermak
27114 Racquet Cir.
Leesburg, FL  34748-7958

Ryan Parrent
7045 Pensacola Dr.
Plano, TX  75074

Stephen and Catherine Rigney
317 South Stratford Road
Arlington Heights, IL  60004


Re-served on November 9, 2017:

Raymond Gale
43 Forest Lane
Elk Grove Village, IL  60007


Re-served on November 10, 2017:

Erik and Charlotte Zylman
2787 Stafford Dr.
Idaho Falls, ID  83401